**RODNEY S. DIGGS, ESQ. (SBN 274459)**
rdiggs@imwlaw.com
**IVIE McNEILL WYATT PURCELL & DIGGS**
**A Professional Law Corporation**
444 South Flower Street, Suite 1800
Los Angeles, California 90071
Telephone: (213) 489-0028
Facsimile: (213) 489-0552

Attorneys for Plaintiff, **ELISE BROWN**

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELISE BROWN, an individual, | CASE NO.: 5:20-cv-01116-JGB-SP |
| Plaintiff, | **[PROPOSED] JUDGMENT** |
| vs. | |
| COUNTY OF SAN BERNARDINO, a municipal entity, CITY OF CHINO, a municipal entity, and DOES 1-10, Inclusive, | |
| Defendants. | |

## JUDGMENT

The Motion for Summary Judgment/Partial Summary Judgment filed by Defendant Officers Matthew Gregory and Madalyn Briley came on for hearing on August 2, 2021. On October 14, 2021, this Court granted Defendant Officer Matthew

Gregory's and Defendant Officer Madalyn Briley's Motion for Summary Judgment as to Plaintiff's First, Second, Third, and Fourth Claims for Relief on the grounds that the Defendant Officers are entitled to Qualified Immunity (Docket No. 114).

Two days prior to this Court's Grant of Defendant Officer Matthew Gregory's and Defendant Officer Madalyn Briley's Motion for Summary Judgment, Defendant County of San Bernardino ("County") moved for an order determining that Plaintiff Elise Brown and the County entered a settlement in good faith within the meaning of California Code of Civil Procedure section 877. (Docket No. 113). The motion came on for hearing on November 15, 2021. On November 17, 2021 this Court granted the County's motion, thereby dismissing them from this action.

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED as follows:

The Court orders that judgment be entered in favor of Defendant Officer Matthew Gregory's and Defendant Officer Madalyn Briley and against Plaintiff Elise Brown. **IT IS SO ORDERED.**

DATED:

_____
MARK C. SCARSI
UNITED STATES DISTRICT JUDGE