JS-6

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELISE BROWN, an individual, | CASE NO.: 5:20-cv-01116-JGB-SP |
| *Plaintiff,* | **JUDGMENT** |
| vs. | |
| COUNTY OF SAN BERNARDINO, a municipal entity, CITY OF CHINO, a municipal entity, and DOES 1-10, Inclusive, | |
| *Defendants.* | |

**JUDGMENT**

# JUDGMENT

The Motion for Summary Judgment/Partial Summary Judgment filed by Defendant Officers Matthew Gregory and Madalyn Briley came on for hearing on August 2, 2021. On October 14, 2021, this Court granted Defendant Officer Matthew Gregory and Defendant Officer Madalyn Briley's Motion for Summary Judgment as to Plaintiff Elise Brown's First, Second, Third, and Fourth Claims for Relief on the grounds that the Defendant Officers are entitled to qualified immunity. (ECF No. 114.)

Defendant County of San Bernardino's Motion for Determination of Good Faith Settlement of Plaintiff Elise Brown's claims against the County came on for hearing on November 15, 2021. On November 17, 2021, this Court granted the County's motion. (ECF No. 129.)

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED as follows: The Court orders that judgment be entered in favor of Defendant Officer Matthew Gregory and Defendant Officer Madalyn Briley and against Plaintiff Elise Brown.

**IT IS SO ORDERED.**

DATED: December 15, 2021

_Mark C. Scarsi_
MARK C. SCARSI
UNITED STATES DISTRICT JUDGE