**RODNEY S. DIGGS, ESQ. (SBN 274459)**
rdiggs@imwlaw.com
**IVIE McNEILL WYATT PURCELL & DIGGS**
**PURCELL & DIGGS**
**A Professional Law Corporation**
444 South Flower Street, Suite 1800
Los Angeles, California 90071
Telephone:  (213) 489-0028
Facsimile:   (213) 489-0552

**BRIAN T. DUNN, ESQ. (SBN 176502)**
bdunn@cochranfirm.com
**JAMES A. BRYANT II, ESQ. (255652)**
jbryant@cochranfirm.com
**THE COCHRAN FIRM CALIFORNIA**
4929 Wilshire Boulevard, Suite 1010
Los Angeles, California 90010
Telephone: (323) 435-8205; Facsimile: (323) 282-5280

Attorneys for Plaintiff
**ELISE BROWN**

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELISE BROWN, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>COUNTY OF SAN BERNARDINO, a municipal entity, CITY OF CHINO, a municipal entity, and DOES 1-10, Inclusive,<br><br>Defendants. | CASE NO.: **5:20-cv-01116 MCS (SPx)**<br><br>**NOTICE OF SETTLEMENT AND STIPULATED REQUEST TO VACATE PRE-TRIAL CONFERENCE AND TRIAL; AND [PROPOSED] ORDER**<br><br><u>**Pre-trial Conference**</u><br>**February 12, 2024, at 2:00 p.m.**<br><br><u>**Trial**</u><br>**March 5, 2024, at 8:30 a.m.** |

Plaintiff ELISE BROWN ("Plaintiff") and Defendants Matthew Gregory and Madalyn Briley ("Defendants") (collectively hereinafter the "parties") are pleased to report that this matter has settled in all respects, including Plaintiff's claims, reasonable and statutory attorney's fees, litigation expenses and cost. The parties are currently preparing a written settlement agreement. Shortly thereafter, the parties will be filing a request for dismissal with prejudice. In the meantime, the parties request that the Court vacate the pre-trial conference, which is scheduled for February 12, 2024, and the trial, which is scheduled for March 5, 2024.

Dated: February 14, 2024        **IVIE McNEILL WYATT PURCELL & DIGGS**

By: */s/ Rodney S. Diggs*
RODNEY S. DIGGS
Attorneys for Plaintiff,
Elise Brown

Dated: February 14, 2024        **THE COCHRAN FIRM CA**

By: */s/ James A. Bryant*
JAMES A. BRYANT
Attorneys for Plaintiff,
Elise Brown

Dated: February 14, 2024        **ALESHIRE & WYNDER, LLP**
**ALISON S. FLOWERS**
**JOHN SALCEDO**

By: */s/ Alison S. Flowers*
ALISON S. FLOWERS
Attorneys for Defendants OFFICER MATTHEW GREGORY AND OFFICER MADALYN BRILEY